# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRANDY ROBERTS, formerly Ingram, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-13-307-M |
| SOUTHWEST YOUTH AND FAMILY SERVICES, INC. and STANLEY EUGENE WILSON, JR. Individually and in his official capacity, | ) |
| Defendants. | ) |

## ORDER

Before the Court is Plaintiff's Motion to Reconsider and Motion to Modify the Dismissal with Leave to Amend with Authority, filed August 26, 2013. On September 19, 2013, defendant Southwest Youth and Family Services, Inc. ("Southwest") filed its response, and on September 23, 2013, plaintiff filed her reply. Based on the parties' submissions, the Court makes its determination.

Plaintiff moves this Court to reconsider its August 13, 2013 Order granting Southwest's motion to dismiss, or in the alternative, modify its Order of dismissal by granting plaintiff leave to file an Amended Complaint. Southwest objects to plaintiff's Motion to Reconsider and request this Court enter final judgment in favor of Southwest, pursuant to Federal Rule of Civil Procedure 54. Having reviewed the parties' submissions, the Court finds that plaintiff should have the opportunity to amend her Complaint, specifically since the Court did not dismiss plaintiff's claims against Southwest with prejudice.

Accordingly, the Court GRANTS in part and DENIES in part Plaintiff's Motion to Reconsider and Motion to Modify the Dismissal with Leave to Amend with Authority [docket no. 20] as follows:

1. The Court GRANTS plaintiff leave to file an Amended Complaint. Plaintiff's Amended Complaint shall be due thirty (30) days from the date of this Order.

2. The Court DENIES plaintiff's motion to reconsider its Order of Dismissal.

**IT IS SO ORDERED this 26th day of March, 2014.**

_____
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE